## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 06 - CV - 02386 *BnB*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

NOV 2 9 2006

GREGORY C. LANGHAM
CLERK

MR. DONALD J. ANDERSON,

      Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF: COLORADO,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254 .  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Applicant will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the

Applicant files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement immediately

preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application**:
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _28th_ day of _November_, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 02386 *BnB*

Mr. Donald J. Anderson
Prisoner No. 96867
PO Box 661
Colorado Springs, CO 80901

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____ 11/29/06

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk